# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARUK TRIBE OF CALIFORNIA, | ) | Civ. No. 04-4275 (SBA) |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES FOREST SERVICE; | ) | REGARDING DEFENDANTS' |
| JEFF WALTER, Forest Supervisor, | ) | PARTIAL MOTION TO DISMISS |
| Six Rivers National Forest; | ) | |
| MARGARET BOLAND, Forest Supervisor, | ) | |
| Klamath National Forest, | ) | |
| | ) | |
| Defendants. | ) | |

This Court, being fully advised and upon consideration of the parties Joint Stipulation Regarding the Federal Defendants' Partial Motion to Dismiss, hereby orders:

1. The Federal Defendants' pending Partial Motion to Dismiss is dismissed without prejudice.

2. The hearing on the Federal Defendants' pending Partial Motion to Dismiss, currently scheduled for April 26, 2005, is vacated.

3. Jeff Walter, Forest Supervisor, Six Rivers National Forest, is dismissed, without prejudice, from being a named party in this case.

IT IS SO ORDERED

/s/ Saundra Brown Armstrong          4/22/05
Saundra B. Armstrong                  Date
U.S. District Court Judge

PROPOSED ORDER REGARDING DEFENDANTS' PARTIAL MOTION TO DISMISS     1
Civ No. 04-4275 (SBA)