UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| KARUK TRIBE OF CALIFORNIA, | ) | Civ. No. 04-4275 (SBA) |
| Plaintiff; | ) | |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES FOREST SERVICE; MARGARET BOLAND, Forest Supervisor, Klamath National Forest, | ) | |
| Defendants. | ) | |

This Court, being fully advised and upon consideration of Plaintiff's Miscellaneous Administrative Request for Leave to File a Consolidated Reply on Summary Judgment, hereby orders:

1. Plaintiff Karuk Tribe shall file a Consolidated Reply Brief on Summary Judgment on or before May 24, 2005, not to exceed 25 pages.

IT IS SO ORDERED

/s/ Saundra Brown Armstrong        5-23-05
Saundra B. Armstrong              Date
U.S. District Court Judge