IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARUK TRIBE OF CALIFORNIA,

      Plaintiff,

  v.

UNITED STATES FOREST SERVICE, et al.,

      Defendants.

_____

No. C 04-4275 SBA

**ORDER**

[Docket Nos. 98, 99]

On May 19, 2005, Walter H. Eason ("Eason") filed a Motion to Intervene in the above-captioned matter. On June 13, 2005, the Court denied Eason's Motion to Intervene and ordered Eason's Proposed Opposition to Plaintiff's Motion for Summary Judgment stricken from the record.

On June 20, 2005, Eason filed an Opposition to Proposed Amicus Curiae, Siskiyou Regional Education Project's Brief [Docket No. 98]. On June 21, 2005, Eason filed a Reply to Federal Defendants' and Plaintiff's Opposition to His Motion to Intervene [Docket No. 99]. Since Eason's Motion to Intervene was denied by this Court, however, he is not a party to this litigation and has not been granted leave to file any further briefs or pleadings in the instant proceedings.

Accordingly,

IT IS HEREBY ORDERED THAT Eason's Opposition to Proposed Amicus Curiae, Siskiyou Regional Education Project's Brief [Docket No. 98] and Reply to Federal Defendants' and Plaintiff's Opposition to His Motion to Intervene [Docket No. 99] are STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: 7/1/05

 s/Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge