IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARUK TRIBE OF CALIFORNIA,

        Plaintiff,

v.

UNITED STATES FOREST SERVICE, et al.,

        Defendants.

_____

No. C 04-4275 SBA

**JUDGMENT**

In accordance with the Court's Order denying Plaintiff's Motion for Summary Judgment [Docket No. 104],

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants on all of Plaintiff's remaining claims for relief. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 7-11-05

        /s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge