1  KELLY A. JOHNSON
   Acting Assistant Attorney General
2  BARCLAY T. SAMFORD (NM SBN 12323)
   Trial Attorney
3  United States Department of Justice
   Environment and Natural Resources Division
4  Suite 945, North Tower
   999 18th Street
5  Denver, CO 80202
   Telephone:   (303) 312-7362
6  Facsimile:   (303) 312-7379
   Clay.Samford@usdoj.gov
7  BRIAN C. TOTH (Virginia SBN 48843)
   Trial Attorney
8  United States Department of Justice
   Environment and Natural Resources Division
9  P.O. Box 663
   Washington, D.C. 20044-0663
10 Telephone:   (202) 305-0639
   Facsimile:   (202) 305-0506
11 Brian.Toth@usdoj.gov

12 KEVIN V. RYAN (SBN 118321)
   United States Attorney
13 CHARLES M. O'CONNOR (SBN 56320)
   Assistant United States Attorney
14 Environment & Natural Resources Unit
   450 Golden Gate Avenue, Box 36055
15 San Francisco, California 94102
   Telephone:   (415) 436-7180
16 Facsimile:   (415) 436-6748

17 Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KARUK TRIBE OF CALIFORNIA, | Civ. No. 04-4275 (SBA) |
| Plaintiff, | |
| v. | **STIPULATION AND JOINT REQUEST REGARDING BRIEFING OF DEFENDANTS' MOTION TO STAY PLAINTIFF'S FEE PETITION** |
| UNITED STATES FOREST SERVICE; MARGARET BOLAND, Forest Supervisor, Klamath National Forest, | |
| Federal Defendants, | |
| and | |
| THE NEW 49ers, Inc. and RAYMOND KOONS, | |
| Defendant-Intervenors. | |

Stipulation Regarding Briefing of Defendants' Motion to Stay, Civ. No. 04-4275 (SBA)

COME NOW defendants the United States Forest Service ("Forest Service") and Margaret Boland in her official capacity as Forest Supervisor of the Klamath National Forest (collectively, "Federal Defendants") and plaintiff the Karuk Tribe of California ("Plaintiff"), and pursuant to Local Rule 6.2(a) stipulate as follows:

1. This action involved challenges to suction dredge mining operations on the Klamath National Forest. On April 22, 2005, the parties entered a stipulation resolving a portion of Plaintiff's claims. [Docket No. 50]. The parties then briefed the merits of Plaintiff's remaining claims. On July 1, 2005, the Court denied Plaintiff's motion for summary judgment. [Docket No. 104]. The Court entered final judgment in favor of Federal Defendants on July 11, 2005. [Docket No. 105]. Plaintiff filed a notice of appeal on September 9, 2005. Plaintiff's appeal is pending.

2. On October 7, 2005, Plaintiff filed a petition seeking attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA").

3. Defendants' opposition to Plaintiff's fee petition is currently due January 16, 2006.

4. Defendants believe that consideration of Plaintiff's fee petition should be stayed pending the outcome of this matter on appeal, and are filing concurrently a motion requesting such relief. Plaintiff opposes Defendants' motion to stay.

5. Under the ordinary timing provisions of Local Rules 7-2 and 7-3, Defendants' motion to stay would not be heard until after Defendants' brief in opposition to Plaintiff's fee petition is due. The parties agree that resolution of the Defendants' motion to stay in advance of date Defendants' opposition to Plaintiffs' fee petition is due will save both litigant and judicial resources.

6. The parties therefore stipulate, subject to the Court's approval, to brief Defendants' motion to stay Plaintiff's fee petition on the following expedited schedule:

    a. Defendants' Motion to Stay      November 9, 2005

    b. Plaintiff's Opposition      December 5, 2005

    c. Defendant's Reply      December 12, 2005

7. The parties do not request oral argument on Defendants' motion to stay, and they agree that, unless the Court deems otherwise, this matter may be decided under Local Rule 7-1(b) without oral argument.

8. The parties respectfully ask that the Court expedite its consideration of Defendant's motion to stay.

Respectfully submitted this 9th day of November 2005,

| | |
|---|---|
| /s/ Roger Flynn<br>JAMES R. WHEATON (SBN 115230)<br>IRYNA A. KWASNY (SBN 173518)<br>JOSHUA BORGER (SBN 231951)<br>Environmental Law Foundation<br>Franklin Ave., 9th Floor<br>Oakland, CA 94612<br>Telephone:  (510) 208-4555<br>Facsimile:  (510) 208-4562<br><br>ROGER FLYNN, *pro hac vice*<br>JEFFREY C. PARSONS, *pro hac vice*<br>Western Action Mining Project<br>2260 Baseline Road, Suite 101A<br>Boulder, CO 80302<br>Telephone:  (303) 473-9618<br>Facsimile:  (303) 786-8054<br><br>Attorneys for Plaintiff. | KELLY A. JOHNSON<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br><br>/s/Barclay Samford                    1736<br>BARCLAY T. SAMFORD (NM SBN 12323)<br>Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Suite 945, North Tower<br>999 18th Street<br>Denver, CO 80202<br>Telephone:  (303) 312-7362<br>Facsimile:  (303) 312-7379<br><br>BRIAN C. TOTH (Virginia SBN 48843)<br>Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources Division<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>Telephone:  (202) 305-0639<br>Facsimile:  (202) 305-0506<br><br>Attorneys for Defendants. |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED

DATED: November 14, 2005

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2005, I electronically filed the foregoing STIPULATION REGARDING BRIEFING OF DEFENDANTS' MOTION TO STAY, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Joshua Borger | srmeredith@envirolaw.org |
| James Russell Wheaton | sarah-rose@thefirstamendment.org |
| Roger Flynn & Jeffrey C. Parson | wmap@igc.org |
| Robert Dabney Eastham | dabneylaw@sisqtel.net |
| James L. Buchal | Counsel@buchal.com, ccaldwell@mbllp.com |

                                                            /s/ Barclay Samford