James R. Wheaton (State Bar No. 115230)
Lynne R. Saxton (State Bar No. 226210)
ENVIRONMENTAL LAW FOUNDATION
1736 Franklin Street, 9th Floor
Oakland, CA 94612
ph (510) 208-4555
fax (510) 208-4562

Roger Flynn, *Pro Hac Vice*
Jeffrey C. Parsons, *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349
412 High Street
Lyons, CO 80540
Tel: (303) 823-5738
Fax: (303) 823-5732
wmap@igc.org

Attorneys for Plaintiff Karuk Tribe of California

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **KARUK TRIBE OF CALIFORNIA,** | Civ No. 04-4275 (SBA) |
| Plaintiff, | |
| | [proposed] ORDER GRANTING PLAINTIFF'S MOTION TO STAY THE FILING OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |
| v. | |
| **UNITED STATES FOREST SERVICE**; **MARGARET BOLAND**, Forest Supervisor, Klamath National Forest, | |
| Defendants. | Judge: Hon. Saundra B. Armstrong |
| The New 49'ers, Inc. and Raymond W. Koons, | |
| Defendant-Intervenors. | |

Proposed ORDER Granting Plaintiff's Motion to Stay the Filing of Plaintiff's Motion for Attorneys' Fees and Costs
Civ No. 04-4275 (SBA)

1

Having considered the Plaintiff Karuk Tribe of California's ("Karuk Tribe") Unopposed Motion to Stay the Filing of Plaintiff's Motion for Attorneys' Fees and Costs, this Court finds as follows.

The filing deadline for the Karuk Tribe's Motion/Petition for Attorneys' Fees and Costs is stayed until sixty (60) days after the United States Supreme Court either denies the New 49'ers, Inc. *et al.*'s Certiorari Petition, or if the Certiorari Petition is granted, sixty (60) days after the Supreme Court rules on the merits of the case, whichever is appropriate.

IT IS SO ORDERED.

Date: 10/23/12

_____
The Honorable Saundra B. Armstrong
United States District Judge

Proposed ORDER Granting Plaintiff's Motion to Stay the Filing of Plaintiff's Motion for Attorneys' Fees and Costs
Civ No. 04-4275 (SBA)

2