UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KARUK TRIBE OF CALIFORNIA,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNITED STATES FOREST SERVICE; et al.,<br><br>      Defendants. | Case No:  C 04-4275 SBA<br><br>**ORDER CLOSING ACTION** |

    In accordance with the Ninth Circuit's mandate, the Clerk shall enter judgment in favor of Plaintiff.  The Clerk shall close the file and terminate any pending matters.

    IT IS SO ORDERED.

Dated: August 18, 2015

                                                                                         *[signature]*<br>
                                          SAUNDRA BROWN ARMSTRONG<br>
                                          United States District Judge